UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, CRIMINAL NO. 26-20306

Plaintiff,

v. Honorable Judith E. Levy

D-1 Zainab Aliasgar Hakim
(A/K/A "Z")
D-2 Amatullah Aliasgar Hakim
(A/K/A "A")
D-3 Paige Elizabeth Feyock
D-4 Ahmet Kerem Korkaya
(A/K/A "Met")
D-5 Jonathan Hongru Zou
D-6 Alexander Matthew Sepulveda
D-7 Mariam Muhammed Odeh
D-8 Colin Hunter Weger
(A/K/A "Beams"),

Defendants.

---

**GOVERNMENT'S MOTION AND SUPPORTING BRIEF TO UNSEAL FIRST SUPERSEDING INDICTMENT AND ARREST WARRANTS**

The United States hereby moves for an order unsealing the First Superseding Indictment and Arrest Warrants in this case, and states:

1. The First Superseding Indictment in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the First Superseding Indictment be unsealed because defendants have been arrested and are entitled to receive a copy of the First Superseding Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the First Superseding Indictment.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

*s/ Margaret M. Smith*
Margaret M. Smith
Robert M. Kuhn
Dominic X. Barceleau
Assistant U.S. Attorneys
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9100
margaret.smith@usdoj.gov

Dated: October 30, 2026